**IT IS ORDERED as set forth below:**



**Date: August 1, 2012**

_____
**C. Ray Mullins
U.S. Bankruptcy Court Judge**

---

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 12-57899 |
| | : | |
| WILLIAM RAY PARHAM and | : | |
| DONDRA G. PARHAM, | : | |
| Debtor(s)/Movant(s), | : | CHAPTER 13 |
| | : | |
| v. | : | |
| | : | |
| CCO MORTGAGE, a Division of RBS | : | CONTESTED MATTER |
| Citizens, N.A., | : | |
| Respondent. | : | |

O R D E R

Debtors Motion to Determine Status of CCO Mortgage, a Division of RBS

Citizens, N.A. and to Strip Lien ("the Motion") (Docket No. 28) came before the Court

on July 31, 2012. Present at the hearing were counsel for the Debtors,

Daniel E. Raskin and counsel for the Chapter 13 Trustee, Maria Kirtland. At the call of the calendar, no party announced opposition to the Motion and none has been filed with the Court.

The Motion requests a determination that Respondent's second-priority deed to secure debt on Debtors' interest in residential real property, located at 205 Little River Farm Trail, Canton, Georgia 30066 ("the Property"), is completely unsecured and that, because there is no value in the Property to which Respondent's junior lien can attach, Respondent's claim is unsecured and its lien is void pursuant to 11 U.S.C. Sections 506(d) and 1322(b)(2). Based on representations in the Motion and there being no opposition, it is hereby

**ORDERED** that for the purposes of Debtors' Chapter 13 case, any proof of claim filed by Respondent arising out of its second-priority mortgage described herein shall be treated as a general, nonpriority unsecured claim.

It is further **ORDERED** that effective upon completion of the Chapter 13 plan, Respondent's lien, evidenced by a security deed recorded in the Superior Court of Cherokee County, Georgia, shall be avoided without further order pursuant to 11 U.S.C. Section 506(d), provided, however, that the Court reserves jurisdiction to consider, if appropriate, the avoidance of Respondent's mortgage lien prior to the administrative closing of the instant Chapter 13 case.

It is further **ORDERED** that within sixty (60) days after the entry of this Order,

Debtors' counsel may file a certified copy of this Order in the real property records of the county in which the Property is located.

It is further **ORDERED** that, within sixty (60) days of the administrative closing of this Chapter 13 case, Debtor(s) shall cause a certified copy of the Trustee's Notice of Plan Completion to be filed in the real property records of the county in which the property is located.

It is further **ORDERED** that, should this Chapter 13 case be dismissed or converted to Chapter 7, Respondent's lien shall not be affected by this Order.

**END DOCUMENT**

DISTRIBUTION LIST

**William & Dondra Parham**
2930 Serenade Court
Alpharetta, GA 30004


**Daniel E. Raskin**
Suite 114
325 Hammond Drive
Atlanta, GA 30328


**Nancy J. Whaley**
Nancy J. Whaley, 13 Trustee
Suite 120
303 Peachtree Center Avenue
Atlanta, GA 30303


Ms. Ellen Alernany
President of RBS Citizens, N.A.
One Citizens Plaza
Providence, RI 02903

Corporation Service Company
222 Jefferson Boulevard, Suite 200
Warwick, RI 02888

CCO Mortgage, a division ofRBS Citizens, N.A.
10561 Telegraph Rd.
Glen Allen, VA 23059

David W. Adams
Drew K. Stutzman
Ellis, Painter, Ratterree & Adams LLP
P.O. Box 9946
Savannah, GA 31412-9946