**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | { | **CHAPTER 13** |
|     WILLIAM RAY PARHAM | { | |
|     DONDRA G. PARHAM | { | **CASE NO.: A12-57899-CRM** |
|     DEBTORS | { | |
| | { | **JUDGE MULLINS** |

**TRUSTEE'S MOTION TO MODIFY CHAPTER 13 PLAN TO PROVIDE FOR INCREASED DISPOSABLE INCOME OR IN THE ALTERNATIVE MOTION TO DISMISS CASE**

COMES NOW Julie M. Anania, attorney for the Standing Chapter 13 Trustee, in the above-styled case, and moves to modify the confirmed Chapter 13 Plan in this case as set forth below and requests that this modification be approved. In the alternative, if the plan is not modified the Trustee requests dismissal of the instant case. In support of a modification of the plan and amendment to the schedules, the Trustee shows the Court the following:

1.

The Debtors filed for relief under Chapter 13 of Title 11 on March 28, 2012. Debtors' plan was confirmed on August 30, 2012, which provides plan payments of $875.96 per month and a 10.96% dividend to the unsecured creditors or $10,231.00, whichever is greater.

2.

Pursuant to the Debtors' Federal Income Tax Returns the Debtors have gross annual income of $134,276.00 for 2012 and $114,680.00 and for 2013. The Debtors' schedules of Income and Expenses amended on December 26, 2012 (docket no. 54) reflect the Debtors have a gross income of $7,939.00 per month or $95,268.00 per year. Accordingly, there is a discrepancy of income of $19,412.00 in 2013 and potentially more from the year the Debtors were in the case in 2012.

3.

Based on this information, the Chapter 13 Trustee moves this Court to modify the Debtors' Chapter 13 Plan payment and dividend to unsecured creditors pursuant to 11 U.S.C. Section 1329, so that the Debtors are contributing all disposable income to the repayment of creditors and to recoup any disposable income the Debtors have failed to disclose pursuant to 11 U.S.C. 1325(b)(1)(B) and 11 U.S.C. 1325(a)(3). In addition, the Trustee requests that the Debtors amend Schedules I and J to accurately reflect income.

Wherefore the Trustee prays that the Court inquire into the above matter and requests an Order from the Court requiring the Debtors to modify the Chapter 13 plan and Schedules or in the alternative enter an order dismissing the instant case.

Respectfully submitted,

 /s/ 
Julie M. Anania
Attorney for Chapter 13 Trustee
GA Bar No. 477064
303 Peachtree Center Ave., NE
Suite 120
Atlanta, GA  30303
(678) 992-1201

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| **WILLIAM RAY PARHAM** | : | **CASE NUMBER A12-57899-CRM** |
| **DONDRA G. PARHAM** | : | |
|    DEBTORS | : | |
| | : | |
| **NANCY J. WHALEY, TRUSTEE** | : | |
|    MOVANT | : | **JUDGE MULLINS** |
| VS. | : | |
| | : | |
| **WILLIAM RAY PARHAM** | : | **CONTESTED MATTER** |
| **DONDRA G. PARHAM** | : | |
|    RESPONDENTS | : | |

### NOTICE OF HEARING ON MOTION TO MODIFY CHAPTER 13 PLAN TO PROVIDE FOR INCREASED DISPOSABLE INCOME OR IN THE ALTERNATIVE MOTION TO DISMISS CASE

**PLEASE TAKE NOTICE** that Nancy J. Whaley has filed a Motion to Modify with the Court. **PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Trustee's Motion to Modify Chapter 13 Plan to Provide for Increased Income of in the Alternative Motion to Dismiss Case in *Courtroom 1203, United States Courthouse, 75 Spring Street, S.W., Atlanta, Georgia at 10:00 a.m., Tuesday, January 6, 2015.*

Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in their bankruptcy case. (If you do not have any attorney, you may wish to consult with one). If you do not want the Court to grant the relief sought in these pleadings or if you want the Court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including address) you

served the response.  Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing.  The address of the Clerk's Office is **Clerk, U.S. Bankruptcy Court, Suite 1340, 75 Spring Street, Atlanta, Georgia 30303.**  You must also mail a copy of your response to the undersigned at the address stated below.

        THIS THE 17th day of November, 2014

                                    Respectfully submitted,

                                    _/s/_____
                                    Julie M. Anania,
                                    Attorney for Chapter 13 Trustee
/sh                                 GA Bar No. 477064
                                    303 Peachtree Center Ave., NE, Suite 120
                                    Atlanta, GA  30303
                                    (678) 992-1201

# CERTIFICATE OF SERVICE

Case No:  A12-57899-CRM

This is to certify that I have this day served the following with a copy of the foregoing Chapter 13 Trustee's Motion to Modify Chapter 13 Plan and Notice of Hearing by depositing in the United States mail a copy of same in a properly addressed envelope with adequate postage thereon.

**Debtor(s):**
WILLIAM RAY PARHAM
DONDRA G. PARHAM
205 LITTLE RIVER FARMS TRAIL
CANTON, GA  30115


**Attorney for the Debtor(s):**
DANIEL E. RASKIN
325 HAMMOND DRIVE
SUITE 114
ATLANTA, GA  30328




This the 17th day of November, 2014.


 /s/_____
    Julie M. Anania
    Attorney for the Chapter 13 Trustee
    State Bar No. 477064
    303 Peachtree Center Avenue, NE
    Suite 120
    Atlanta, GA 30303
    678-992-1201